IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT DINESO ANDRILLION,

      Plaintiff,                     No. 2:13-cv-0558 EFB P

      vs.

CORRECTIONS CORPORATION
OF AMERICA et al.,

      Defendants.             <u>ORDER</u>
                                  /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."

////

1

1  Plaintiff has not submitted a certified copy of his trust account statement or the institutional
2  equivalent.  He may comply with this requirement by having prison officials complete the
3  "Certificate" portion of the form application for leave to proceed *in forma pauperis*.
4     Accordingly, plaintiff has 30 days from the date this order is served to submit the
5  required trust account statement.  Failure to comply with this order may result in this action
6  being dismissed.  The Clerk of the court is directed to send to plaintiff a new form Application to
7  Proceed In Forma Pauperis by a Prisoner.
8     So ordered.
9  Dated:  March 25, 2013.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE