IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT DINESO ANDRILLION,

      Plaintiff,                    No. 2:13-cv-0558 EFB P

      vs.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, though he has not submitted a certified copy of his trust account statement or the institutional equivalent.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1   Here, defendants are located in and plaintiff's claim arose in Arizona. Therefore, in the
2 interest of justice, this action is transferred to the United States District Court for the District of
3 Arizona. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974). All
4 dates and deadlines set in this action are vacated.

5   So ordered.

6 Dated: April 1, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE